**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DANIEL WAISMANN, PRO SE, <br><br> Plaintiff, <br><br> v. <br><br> WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; and, DOES 1-50 <br> Defendants. | SA CV 08-1386 AHS (MLGx) <br><br><br> ORDER TO SHOW CAUSE WHY COURT SHOULD NOT REMAND ACTION FOR FAILURE TO TIMELY REMOVE <br> RETURNABLE DECEMBER 26, 2008 |

      Plaintiff filed the Complaint in this action on October 27, 2008, in the Orange County Superior Court.  Defendants filed a Notice of Removal in this Court on December 5, 2008. Defendants fail to state in their Notice of Removal when they received a copy of the Summons and Complaint.  Over thirty days elapsed between the date of filing the Complaint and the date they filed the Notice of Removal.

      The Court therefore orders defendants to show cause in writing no later than December 26, 2008, why the Court should not remand this action for failure to timely remove.  Defendants may file a corrected notice of removal no later than December 26,

2008, which must comply with Local Rule 3.4.1.  If defendants agree that timeliness has not been properly alleged, defendants may file and serve an amended notice of removal setting forth sufficient allegations no later than December 26, 2008.  No oral argument on this matter will be heard unless otherwise ordered by the Court.

        IT IS SO ORDERED.

        IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on counsel for all parties.

        Dated:  December 16, 2008.

                                              ALICEMARIE H. STOTLER
                                              ALICEMARIE H. STOTLER
                                              UNITED STATES DISTRICT JUDGE